**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-	Case No. 6:07-cr-201-Orl-31KRS

**ALEJANDRO CANO**
**a/k/a Alejandro Cano-Sanchez**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR WAIVER OF MAXIMUM COMPENSATION LIMIT FOR INTERPRETING SERVICES (Doc. No. 33)** |
| **FILED:** | **January 31, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Pursuant to 18 U.S.C. § 3006A(e)(1) & (3), I find that interpreting services are necessary for adequate representation of the Defendant.  Accordingly, the Court authorizes defense counsel to incur expenses for such services, not to exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred.

**DONE** and **ORDERED** in Orlando, Florida on this 8th day of February, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel for Defendant